FILED

13 AUG 21 PM 4: 13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ps   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DARRELL WEATHERSPOON,<br>  aka "Blackie,"<br>  aka "Lil Blackie Brim,"<br><br>Defendant. | Case No. 13CR3110AJB<br><br><u>I N D I C T M E N T</u><br><br>Title 18, U.S.C., Sec. 1594(c) -<br>Conspiracy to Engage in Sex<br>Trafficking of Children; Title 18,<br>U.S.C., Secs. 1591(a) and (b) - Sex<br>Trafficking of Children; Title 18,<br>U.S.C. Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about and between January 1, 2013, and March 21, 2013, within the Southern District of California, defendant DARRELL WEATHERSPOON, aka "Blackie," aka "Lil Blackie Brim," in and affecting interstate and foreign commerce, did conspire with at least one other person to recruit, entice, harbor, transport, provide, obtain and maintain by any means a person and did benefit, financially and by receiving anything of value, from participation in a venture which has engaged in an act of recruiting, enticing,

APS:sj:San Diego
8/16/13

harboring, transporting, providing, obtaining, and maintaining by any means a person, to wit: Juvenile Female 1 age 16, knowing that the person had not attained the age of 18 years of age and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1594(c).

## Count 2

On or about and between January 1, 2013, and March 21, 2013, within the Southern District of California, defendant DARRELL WEATHERSPOON, aka "Blackie," aka "Lil Blackie Brim," knowingly, in and affecting interstate commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit: Juvenile Female 1 (JV1-age 16), knowing and in reckless disregard of the fact that JV1: (1) would be caused to engage in a commercial sex act; and (2) having had a reasonable opportunity to observe JV1 and knowing and in reckless disregard of the fact that JV1 had not attained the age of 18 years; in violation of Title 18, United States Code, Section 1591(a) and (b), and Title 18, United States Code, Section 2.

DATED: August 21, 2013.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ALESSANDRA P. SERANO
Assistant U.S. Attorney

2