# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DARRELL WEATHERSPOON, <br> Defendant. | Case No.: 13CR3110AJB <br> NOTICE OF RELATED CASE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

Please take notice that the above entitled case is related to <u>United States v. Darrell Weatherspoon</u>, 13CR1686-AJB, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

__X__ (1) More than one indictment or information is filed or pending against the same defendant or defendants;

_____ (2) Prosecution against different defendants arises from,

    _____ (a) a common wiretap,

    _____ (b) a common search warrant,

    _____ (c) activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: August 9, 2013

LAURA E. DUFFY
United States Attorney